Dessi N. Day (SBN: 207699)
PIERSON FERDINAND LLP
12100 Wilshire Blvd., Ste. 800
Los Angeles, CA 90025
(629) 278-4515
dessi.day@pierferd.com

John P. Rodgers (*Pro Hac Vice* pending)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Ste. 2400
Nashville, TN 37203
(615) 252-4642
jrodgers@bradley.com

Katherine E. Griffin (*Pro Hac Vice* pending)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Ste. 2400
Nashville, TN 37203
(615) 252-3532
kgriffin@bradley.com

*Attorneys for Valiant Global Defense Services*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN LASK, an individual,<br>　　　　　　　Plaintiff,<br>　v.<br>VALIANT GLOBAL DEFENSE SERVICES, INC., a Delaware Corporation,<br>　　　　　　　Defendant. | Case No. 8:25-cv-00849-JVS-KES<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES**<br><br>Judge James V. Selna<br>Magistrate Judge Karen E. Scott |

Pursuant to this Court's Local Rule 7.1-1, and Federal Rules of Civil Procedure Rule 7.1, the undersigned counsel for Defendant Valiant Global Defense Services Inc. hereby certifies that the following parties (identified in **bold**) may have a financial interest in the outcome of this proceeding by way of the interests set forth below:

- **Valiant Integrated Defense Services LLC**, a wholly owned entity of its sole member **GC Valiant LLC**.
- **Defendant Valiant Global Defense Services Inc,** a wholly owned entity of its sole stockholder **Valiant Integrated Defense Services LLC.**

Defendant and undersigned counsel for Defendant is not aware of any other parties (besides Plaintiff) that may have a financial interest in the outcome of this matter.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Date: June 23, 2025

Respectfully Submitted,

*s/Dessi N. Day*
Dessi N. Day
dessi.day@pierferd.com
John P. Rodgers (*Pro Hac Vice* pending)
jrodgers@bradley.com
Katherine E. Griffin (*Pro Hac Vice* pending)
kgriffin@bradley.com

*Attorneys for Defendant Valiant Global Services, Inc.*