JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTIN LASK, an individual,<br>Plaintiff,<br>v.<br>VALIANT GLOBAL DEFENSE SERVICES, INC., a Delaware Corporation,<br>Defendant. | Case No. 8:25-cv-00849-JVS-KES<br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [36]**<br>Judge James V. Selna<br>Magistrate Judge Karen E. Scott |

The parties to this action, as evidenced by the signatures of their respective counsel below, hereby stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

///

Dated: September 22, 2026

For Plaintiff:

<u>*/s/ Brian J. Lawler*</u>
Brian J. Lawler (SBN 221488)
PILOT LAW, P.C.
4632 M. Gaywas Dr.
San Diego, CA 92117
Telephone: 866-512-2465
Email: blawler@pilotlawcorp.com

*Attorneys for Plaintiff*

For Defendant:

<u>*/s/ Dessi N. Day (by BJL with permission)*</u>
Dessi N. Day (SBN 207699)
PIERSON FERDINAND LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 629-278-4515
E-mail: dessi.day@pierferd.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**Date: September 24, 2026**

**Hon. James V. Selna**

**United States District Judge**